IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES RAY AUGMON, III, <br><br> Plaintiff, <br><br> v. <br><br> COMMONWEALTH OF PENNSYLVANIA, <br><br> Defendant. | 2:22-CV-01466-CCW-PLD |

### MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Patricia L. Dodge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On October 25, 2022, the Magistrate Judge issued a Report, ECF No. 5, recommending that Plaintiff's Complaint be dismissed with prejudice under 28 U.S.C. § 1915(e)(2). Service of the Report and Recommendation ("R&R") was made on the parties, and Plaintiff Charles Ray Augmon, III has filed Objections. *See* ECF No. 6.

After a *de novo* review of the pleadings and documents in the case, together with the R&R and the Objections thereto, the following Order is entered:

Plaintiff's Complaint, ECF No. 4, is DISMISSED WITH PREJUDICE; and the R&R, ECF No. 5, is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

DATED this 16th day of November, 2022.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge


cc (via U.S. Mail):

Charles Ray Augmon, III
P.O. Box 161132
Sacramento, CA 95816